FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDONNA J. AUSTIN,<br><br>           Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>           Defendant. | CASE NO. CV 07-00840 AG (RZ)<br><br>JUDGMENT |

      This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report as its own,

      IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: **APRIL 30, 2008**

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE